

FILED

JAN 24 2018

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILSON ALEXIS FAJARDO FAJARDO,<br><br>Defendant. | CR 18-00001-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, WILSON ALEXIS FAJARDO FAJARDO is hereby released from the custody of the U.S. Marshal Service.

DATED this 24th day of January, 2018.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1